# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**553**
**CA 14-01991**
PRESENT: SCUDDER, P.J., SMITH, SCONIERS, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF ARBITRATION BETWEEN GEICO
INDEMNITY COMPANY, PETITIONER-APPELLANT,

AND                                                                 ORDER

SHACARA M. PULLIAM, RESPONDENT-RESPONDENT.

---

LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (JEFFREY C. SENDZIAK OF COUNSEL), FOR PETITIONER-APPELLANT.

CELLINO & BARNES, P.C., BUFFALO (CHRISTOPHER D. D'AMATO OF COUNSEL), FOR RESPONDENT-RESPONDENT.

-------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Thomas P. Franczyk, A.J.), entered February 19, 2014. The order denied that part of the petition seeking a stay of arbitration.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on February 10, 2015,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: May 1, 2015                                    Frances E. Cafarell
                                                       Clerk of the Court